CARGILL FINANCIAL SERVICES INTERNATIONAL, INC., Appellant, v BANK FINANCE AND CREDIT LIMITED, Also Known as OJSC BANK FINANCE AND CREDIT, Respondent.

Submitted March 8, 2010; decided May 4, 2010

On the Court's own motion, appeal dismissed, without costs, upon the ground that the order appealed from does not finally determine the action within the meaning of the Constitution. Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

CARGILL FINANCIAL SERVICES INTERNATIONAL, INC., Appellant, v BANK FINANCE AND CREDIT LIMITED, Also Known as OJSC BANK FINANCE AND CREDIT, Respondent.

Submitted April 5, 2010; decided May 4, 2010

Motion by the Federal Reserve Bank of New York for leave to file a brief amicus curiae on the motion for leave to appeal herein granted and the brief is accepted as filed.

In the Matter of JAMES D. CHRISTO (Admitted as JAMES DOUGLAS CHRISTO), an Attorney, Appellant. DEPARTMENTAL DISCIPLINARY COMMITTEE FOR THE FIRST JUDICIAL DEPARTMENT, Respondent.

Submitted April 5, 2010; decided May 4, 2010

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution. Motion for a stay dismissed as academic.

In the Matter of ERNEST CURRY, Appellant, v NASSAU COUNTY SHERIFF'S DEPARTMENT et al., Respondents.

Submitted March 1, 2010; decided May 4, 2010